United States District Court
District of Connecticut

## ELECTRONIC FILING ORDER

The Court orders that the parties in this case shall file electronically all documents, except sealed documents. Sealed documents shall be submitted on disks. The following requirements are imposed:

1. Counsel must comply with all applicable Federal Rules of Criminal Procedure, the District's Local Rules and the requirements set forth in the District's CM/ECF Policies and Procedures Manual, and any other rules and administrative procedures that implement the District's CM/ECF system.

2. Documents filed electronically must be filed in OCR text searchable PDF format.

3. Unless otherwise ordered, on the business day next following the day on which a document is filed electronically, counsel must provide Chambers with one paper copy of the following e-filed documents:

Criminal Cases: All pleadings (including briefs and exhibits) supporting or opposing the following:

    a. Motions to dismiss the indictment;
    b. Motions to suppress;
    c. Motions to modify presentence reports;
    d. Requested jury instructions;
    e. Trial briefs; and
    f. Any other filing requested by the court.

/s/ Kari A. Dooley
Kari A. Dooley
United States District Judge